LONGYEAR, LAVRA & CAHILL, LLP
Nicole M. Cahill, CSB No.: 287165
Alexander Mahoney CSB No.: 359995
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: cahill@longyearlaw.com
ruiz@longyearlaw.com

Attorneys for Defendant,
Sacramento County District Attorney
Investigator Michael Sullivan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA O'HARA, Individually, and as the Successor in Interest of Decedent TYLER BALASKOVITS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, a state agency; CHIEF OF THE VALLEY DIVISION, TYLER ECCLES, in his individual capacity; CALIFORNIA HIGHWAY PATROL OFFICER JASON CARL ASTON; SACRAMENTO COUNTY DISTRICT ATTORNEY INVESTIGATOR MICHAEL SULLIVAN and DOES 1 through 10, individually, jointly and severally;<br><br>Defendants. | Case No.: 2:25-CV-02297-AC<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT MICHAEL SULLIVAN'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND THE RESPONSIVE PLEADING DEADLINE |

The Court, having considered Defendant Michael Sullivan's ("Defendant") motion for administrative relief, **HEREBY ORDERS** that:

1. Defendant's Motion for Administrative Relief is **GRANTED**.

2. Defendant's responsive pleading shall be due no later than thirty (30) days after the entry of this order.

///

-1-

[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL SULLIVAN'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND THE RESPONSIVE PLEADING DEADLINE

**IT IS SO ORDERED.**

Dated: October 17, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-2-

[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL SULLIVAN'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND THE RESPONSIVE PLEADING DEADLINE